1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                          **NORTHERN DISTRICT OF CALIFORNIA**

6                          **SAN JOSE DIVISION**

7

8    GOLDSTEIN,                                    Case No.   16-cv-00856-BLF

                    Appellants,

9

          v.

10                                                 **ORDER REGARDING BRIEFING**
                                                   **SCHEDULE**
11   WEEKS STREET, LLC,
                                                   [Re:  ECF 5]
                    Appellees.

12

13

14          On February 22, 2016, the Clerk issued an initial case management scheduling order which

15   referenced Bankruptcy Rule 8007 and indicated appellant's opening brief was due 28 days after

16   entry of the appeal on the District Court's docket.  ECF 2.  On March 1, 2016, the Clerk issued an

17   a corrected initial case management scheduling order which removed the reference to Bankruptcy

18   Rule 8007 but did not change the due date of the opening brief.  ECF 3.  On March 14, 2016,

19   Appellant William Kennedy filed a letter seeking clarification regarding the briefing schedule for

20   this appeal.  ECF 5.

21          Accordingly, the Court clarifies the briefing schedule.  This order supersedes all prior

22   scheduling orders.  Pursuant to Fed. R. Bankr. P. 8016, 8018, and B.L.R. 8018-1, the "appellant

23   must serve and file a brief [not exceeding 25 pages in length][1] within 30 days after the docketing

24   of notice that the record has been transmitted or is available electronically."  *See also* Fed. R.

25   Bankr. P. 8018(a)(1).  The appellee must serve and file a brief not exceeding 25 pages in length

26   within 30 days after service of the appellant's brief.  *Id*. at 8018(a)(2).  The appellant may serve

27

28   _____

     [1] The Court is modifying the page limits set forth at Fed. R. Bankr. P. 8015(a)(7).

United States District Court
Northern District of California

United States District Court
Northern District of California

1  and file a reply brief not exceeding 15 pages in length within 14 days after service of the

2  appellee's brief.

3        **IT IS SO ORDERED.**

4  Dated: March 15, 2016

5                                _____
                                      BETH LABSON FREEMAN

6                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28