UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDSTEIN,<br><br>        Appellants,<br><br>   v.<br><br>WEEKS STREET, LLC,<br><br>        Appelle. | Case No. 16-cv-00856-BLF<br><br>**ORDER REGARDING APPELLANTS' SUBMISSIONS TO THE COURT** |

       Appellants' opening brief was due on April 22, 2016.  Over the past three weeks, Appellants, who are proceeding *pro se*, have submitted to the Clerk's office three different sets of binders appearing to contain Appellants' appendix (1 black binder, 3 white binders, and 2 blue binders).  These binders have now been interchangeably described as filing copies, chambers' copies, and/or chambers' copies with additional materials.  Moreover, some binders have additional handwritten numbering on some of the pages.  The Court cannot accept copies of documents that are not exact duplicates of the filing nor can Appellants continually supplement their filings after the deadline.  Moreover, on May 12, 2016, weeks after the April 22, 2016 deadline Appellants submitted a revised opening brief with a notice of errata.[1]

       Accordingly, the Court is returning all binders to the Clerk's office and Appellants shall collect these binders.  The Court RESETS all deadlines for briefing.  Appellants shall submit an opening brief and appendix by May 27, 2016.  With this filing, Appellants must submit two

---

[1] The Court notes that revised opening brief was not signed by all Appellants.

identical sets of binders – one for filing and one as a chambers' copy – to the Clerk's office. These sets must be identical and may not differ in any way.  Appellee's brief is due 30 days after service of Appellants' brief.  Any reply brief is due 14 days after service of Appellee's brief.

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
BETH LABSON FREEMAN
United States District Judge